**STATE of Missouri, Respondent,**

v.

**Russell R. MAGGARD, Appellant.**

**No. WD 42311.**

Missouri Court of Appeals,
Western District.

May 1, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 3, 1990.

Application to Transfer Denied
Sept. 11, 1990.

William L. Webster, Atty. Gen., Ronald L. Jurgeson, Asst. Atty. Gen., Jefferson City, for appellant.

Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for respondent.

Before SHANGLER, P.J., and CLARK and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from conviction of arson in the first degree, arson in the second degree,

---

stealing a motor vehicle and property damage in the first degree.

Affirmed. Rule 30.25(b).